**Charles August SCHLUND, III,**
**Plaintiff—Appellant,**

v.

**DEPARTMENT OF JUSTICE; et al., Defendants—Appellees.**

No. 04–16062.

United States Court of Appeals,
Ninth Circuit.

Submitted March 23, 2005.*

Decided April 13, 2005.

---

* The panel unanimously finds this case suitable for decision without oral argument. *See* Fed. R.App. P. 34(a)(2).

The district court properly dismissed Schlund's complaint because he did not serve the United States Attorney's Office until over two years after he filed his complaint, *see* Fed.R.Civ.P. 4(i) (requiring that a party bringing an action against the United States or its agencies, corporations, or officers to effect service "by delivering a copy of the summons and complaint to the United States Attorney for the district in which the action is brought . . . ."); *see also* Fed.R.Civ.P. 4(m) (requiring that service of process be effected on the defendant "within 120 days after the filing of the complaint").

AFFIRMED.

Charles August Schlund, III, Glendale, AZ, Pro se.

James C. Hair, Jr., AUSA, Michael T. Morrissey, Esq., USPX—Office of the U.S. Attorney, Phoenix, AZ, for Defendants—Appellees.

Before: B. FLETCHER, TROTT, and PAEZ, Circuit Judges.

### MEMORANDUM **

Charles August Schlund III appeals pro se the dismissal of his complaint under Fed.R.Civ.P. 4 for failure to properly effect service of process. We have jurisdiction pursuant to 28 U.S.C. § 1291. We review for abuse of discretion, *Townsel v. County of Contra Costa*, 820 F.2d 319, 320 (9th Cir.1987), and we affirm.

** This disposition is not appropriate for publication and may not be cited to or by the courts of this circuit except as provided by Ninth Circuit Rule 36–3.